AO91 (Rev. 12/03)   Criminal Complaint                                                                             AUSA

# UNITED  STATES  DISTRICT  COURT

Southern District Of Texas Brownsville Division

**UNITED STATES OF AMERICA**                                     **CRIMINAL COMPLAINT**
                  vs.
                                                                 Case Number: 1:19-po-1740
Yoxeny Edgardo ENAMORADO-Rodriguez
 A201 901 029  Honduras

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about   March 21, 2019   in   Cameron   County, in the   Southern District Of Texas   defendant(s) being then and there an alien, did, willfully, knowingly and unlawfully enter the United States at a time or place other than designated by an Immigration Officer,

in violation of Title   8   United States Code, Section(s)   1325(a)(1)

I further state that I am a(n)   Border Patrol Agent   and that this complaint is based on the following facts:

The defendant was apprehended in Brownsville, Texas on March 21, 2019. The defendant is a citizen of Honduras who entered the United States illegally by swimming across the Rio Grande River near Brownsville, Texas on March 21, 2019 thus avoiding immigration inspection.

defendant had $105 Honduran Lempira at the time of apprehension.

I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.

Continued on the attached sheet and made a part of this complaint:   ☐ Yes   ☒ No

/S/ Perez1, Juan J.  Border Patrol Agent
Signature of Complainant

Perez1, Juan J.   Border Patrol Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

March 22, 2019                                                         at   Brownsville, Texas
Date                                                                        City/State

Ronald Morgan           U.S. Magistrate Judge
Name of Judge           Title of Judge                                   Signature of Judge